HARRY D. HILL, PROSECUTOR, v. CITY OF WILDWOOD
ET AL., DEFENDANTS.

Argued December 23, 1931—Decided December 24, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the prosecutor, *Augustine B. Repetto.*

For the defendants, *Clarence L. Cole, Jonathan Hand* and
*George A. Bourgeois.*

Per Curiam.

Application is made for a writ of *certiorari* to review a certain resolution of the commissioners of the city of Wildwood, adopted December 16th, 1931, providing for the sale of certain beach front park bonds of the city of Wildwood, and, likewise, for permission to take additional depositions to be used on said application for a writ of *certiorari*.

We have considered the merits of these applications and conclude that both should be denied.

The applications are therefore denied, with costs.